USDC SCAN INDEX SHEET










CAG   3/1/99   15:15

3:99-MC-00152   LTR ROGATORY BRAGONT V.

*1*

*APPL.*

ORIGINAL

```
CHARLES G. La BELLA
United States Attorney
STEVE MILLER
Assistant U.S. Attorney
California State Bar No. 138020
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5432

Attorneys for Plaintiff
United States of America
```

FILED
99 FEB 24 PM 4:22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LETTER ROGATORY FROM POLAND IN THE INVESTIGATION OF ALEXEI BRAGONTCHUK | No. '99 mc 152<br><br>APPLICATION FOR ORDER APPOINTING COMMISSIONER (28 U.S.C. 1782) |

The United States of America petitions this Court for an Order pursuant to 28 U.S.C. 1782 and its own inherent authority appointing Steve Miller, Assistant United States Attorney, as Commissioner to collect evidence from witnesses within the jurisdiction of this Court and to take such other action as is required to execute the attached request made by the Provincial Prosecutor's Office in Warsaw, Poland.

Copies of the English and Polish versions of the letter from the Poland are attached to the Government's memorandum of law in support of this application.

Dated: 2-19-99 .

CHARLES G. La BELLA
United States Attorney

*Steve Miller*
STEVE MILLER
Assistant U.S. Attorney

SFM:prf:N:\UDD\PFILIPEL\POLAND.COM\BRAGONTC.APP
(revised 2/19/99)