USDC SCAN INDEX SHEET










```
CAG    3/1/99    15:17
3:99-MC-00152   LTR ROGATORY BRAGONT V.
*3*
*O.*
```

```
 1 | CHARLES G. La BELLA
   | United States Attorney
 2 | STEVE MILLER
   | Assistant U.S. Attorney
 3 | California State Bar No. 138020
   | Federal Office Building
 4 | 880 Front Street, Room 6293
   | San Diego, California  92101-8893
 5 | Telephone: (619) 557-5432
 6 | Attorneys for Plaintiff
   | United States of America
 7
 8
```

FILED
99 FEB 24 PM 4:22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LETTER ROGATORY FROM POLAND IN THE INVESTIGATION OF ALEXEI BRAGONTCHUK | No. '99 MC 152<br><br>ORDER APPOINTING COMMISSIONER |

Upon application of the United States, and upon review of the letter rogatory of February 12, 1998, from the Provincial Prosecutors Office in Warsaw, Poland, seeking evidence for use in a judicial proceeding in Poland and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by 28 U.S.C. § 1782 and this Court's inherent authority, that Steve Miller is appointed as a Commissioner of this Court and is hereby directed to execute the letter rogatory as follows:

1. Take such steps as are necessary, including issuance of commissioner's subpoenas to be served on persons within the jurisdiction of this Court, to collect the evidence requested;

/ / /

/ / /

SFM:prf:N:\UDD\PFILIPEL\POLAND.COM\BRAGONTC.ORD
(revised 2/19/99)



2. Provide notice with respect to the collection of evidence to those persons identified in the request as parties to whom notice should be given (and no notice to any other party shall be required);

3. Adopt procedures to collect the evidence requested consistent with its use as evidence in a proceeding before a tribunal in Poland, which procedures may be specified in the request or provided by the requesting court or authority or by a representative of Poland;

4. Seek such further orders of this Court as may be necessary to execute this request; and,

5. Certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice or as otherwise directed by that office for transmission to the requesting court or authority.

IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, special agents of the Federal Bureau of Investigation and/or representatives of Poland.

Dated: February 19, 1999.

_____
HONORABLE JOHN A. HOUSTON
United States Magistrate Judge
Southern District of California

2